March 6, 2015

TO:   The Court of Criminal Appeals of Texas
      P.O. Box 12308, Capital Station
      Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 1 ` 2015
Abel Acosta, Clerk

FROM: Larry Wayne Means #1899565
      3001 S. Emily Dr.
      Beeville, TX 78102

RE:  Habeas Corpus Application filed in the 188th District Court of Gregg
     County, Texas under Tr.Ct.No. 42,561-B-H-2, by Larry Wayne Means

To the Honorable Court of Appeals of Texas,

I filed my habeas corpus 11.07 application in the 188th district court in Gregg County, TX on February 9, 2015. The state's response was entered into record on February 27, 2015. The trial court's finding of fact and final order was entered into record on March 3, 2015.

I was not given an opportunity to respond or rebut the state's response! The Certificate of Service signed by the assistant district attorney for Gregg County is invalid and service was never completed by the district clerk. The assistant district attorney, Zan Colson Brown intentionally hindered service to ensure that his findings would remain unoppsed. This clearly prejudices my interests and claims because of the presumption of correctness rule which is applied to the state's findings of fact and conclusions.

Texas Code of Criminal Procedure Art.11.49 Order of Argument states that " The applicant shall have the right by himself or counsel to open and conclude the argument upon the trial under habeas corpus."

I was denied my statutory right to "conclude" the argument before the trial court entered it's findings of fact and order. The Assistant district attorney provided an invalid certificate of service which was clearly calculated to injure my right to conclude the argument.

### PRAYER

I pray this court will order a stay in proceedings, holding the prcedural process in abayence until I can enter my response. I would ask that the findings of fact and order entered by the trial court be reversed and stricken from the record. If thre is a mistake in what I have asked for that would not be in my best interest I ask this court to fix the problem in my favor.

Respectfully,

Larry Wayne Means

March 6, 2015

Dear Clerk of the Court of Criminal Appeals,

Please find my letter outlining the unlawful and unethical certificate of service provided by the Gregg County District Attorney which prevented my being able to enter a response to the state's answer to my habeas corpus application. Please recognize this letter as a motion or request whichever is appropriate. Thank you for your time and attention in this matter.

Sincerely,

Larry Wayne Means #1899565
3001 S. Emily Dr.
Beeville, TX 78102


COPY OF CERTIFICATE OF SERVICE BY THE ASSISTANT DISTRICT ATTORNEY IS ON PG 69 AS NUMBERED BY THE GREGG COUNTY CLERK. And attached to the document presented to the court

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing "State's Response to Applicant's Writ of Habeas Corpus" was on February 26, 2015, (following a day when the Courthouse was closed due to snowy weather) given to the District Clerk of Gregg County, Texas, to be mailed to Larry P. Means, # 1899565, McConnell Unit, 3001 South Emily Drive, Beeville, TX 78102.

By:_____
Zan Colson Brown,
Assistant District Attorney

## CERTIFICATE OF SERVICE / INMATE DECLARATION

I Larry Wayne Means #1899565, being presently incarcerated in the McConnell Unit of the Texas Department of Criminal Justice in Bee County, TX, declare under penalty of perjury that the foregoing is true and correct. I also certify that a true and correct copy of the letter to the Court of Criminal Appeals of Texas has been sent to the following parties:

Assistant District Attorney
Zan Colson Brown
101 East Methvin, Suite 333
Longview, TX 75601

Gregg County District Clerk
Barbara Duncan
P.O. Box 711
Longview, TX 75606

Respectfully,

Executed on this 9TH day of March ,2015

by : *Larry Wayne Means*
Larry Wayne Means #1899565
3001 S. Emily Dr.
Beeville, TX 78102